# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 03-837 C/W 03-169

**CLEMENTINE FAIRROW, ET AL.**

**VERSUS**

**JAMES E. MARVES, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NUMBER 196,834
HONORABLE GEORGE C. METOYER, JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**JIMMIE C. PETERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Jimmie C. Peters, and Michael G. Sullivan, Judges.

**AFFIRMED.**

**Woodard, J., dissents and assigns written reasons.**

**Bradley Drell**
**Michael E. Trachtenberg**
**Gold, Weems, Bruser, Sues & Rundell**
**Post Office Box 6118**
**Alexandria, LA 71307**
**(318) 445-4516**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
     **Clementine Fairrow**
     **Eloise Ann Fairrow Parks**

**Edward A. Kaplan**
**Post Office Box 12386**
**Alexandria, LA 71315**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
     **James E. Marves**
     **Succession of James Marves**

PETERS, J.

For the reasons set forth in *Fairrow v. Marves*, 03-169 (La.App. 3 Cir. _/_/_),
we affirm the judgments below at the appellants' cost.

**AFFIRMED.**